UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

HIRAM COLLAZO,

Defendant.

**ORDER**

17 Cr. 251 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Hiram Collazao has filed a motion for compassionate release. (Dkt. No. 345) The Government is directed to respond by August 9, 2021.

Dated: New York, New York
       July 26, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge